UNITED STATES of America, Plaintiff–Appellee,

v.

Antwan Diante PEARL, Defendant–Appellant.

No. 07–11277
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 20, 2007.

Verda M. Colvin, Macon, GA, Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Gerald B. Williams, Gerald B. Williams, P.C., Albany, GA, for Defendant–Appellant.

Before TJOFLAT, ANDERSON and BARKETT, Circuit Judges.

PER CURIAM:

Gerald Williams, appointed counsel for Antwan Diante Pearl in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pearl's conviction and sentence are **AFFIRMED.**